**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE BAGASBAS,<br><br>        Plaintiff,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>        Defendant.<br>_____/ | No. C -14-04370 EDL<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference is scheduled for February 17, 2015, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. A joint case management statement must be filed no later than February 10, 2015.

**IT IS SO ORDERED.**

Dated: January 14, 2015

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge