Matthew Mellen (SBN: 233350)
Sarah Shapero (SBN: 281748)
MELLEN LAW FIRM
411 Borel Ave, Suite 230
San Mateo, California 94402
Telephone:    (650) 638-0120
Facsimile:    (650) 638-0125
mellenlaw@yahoo.com

Attorneys for Plaintiff
FELIPE BAGASBAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE BAGASBAS, an individual,<br><br>　　　　Plaintiff,<br>　v.<br><br>SPECIALIZED LOAN SERVICING, LLC; and Does 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 4:14-cv-04370-EDL<br><br>**JOINT STIPULATION REGARDING DIMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff FELIPE BAGASBAS and Defendant SPECIALIZED LOAN SERIVICING, LLC by and through their attorneys, hereby stipulate and agree as follows:

1. The action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Each party shall bear their owns fees and costs.

**IT IS SO STIPULATED.**


Dated: May 5, 2015          By  */s/ Bryan Leifer*_____
　　　　　　　　　　　　　　　Bryan Leifer
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Specialized Loan Servicing


Dated: May 5, 2015          By  */s/ Sarah Shapero*_____
　　　　　　　　　　　　　　　Sarah Shapero
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　Felipe Bagasbas