1  Matthew Mellen (SBN: 233350)
   Sarah Shapero (SBN: 281748)
2  MELLEN LAW FIRM
   411 Borel Ave, Suite 230
3  San Mateo, California 94402
   Telephone:      (650) 638-0120
4  Facsimile:      (650) 638-0125
   mellenlaw@yahoo.com
5
   Attorneys for Plaintiff
6  FELIPE BAGASBAS

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 FELIPE BAGASBAS, an individual,          CASE NO.: 4:14-cv-04370-EDL

12            Plaintiff,                     **JOINT STIPULATION REGARDING
                                             DIMISSAL WITHOUT PREJUDICE**
13       v.

   SPECIALIZED LOAN SERVICING, LLC; and
14 Does 1-50, inclusive,

15            Defendants.

16

17       Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of

   Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:
18
       1.  The above entitled action is dismissed without prejudice;
19
       2.  Each party shall bear their owns fees and costs; and
20
       3.  The Court shall close its file.
21
       **IT IS SO ORDERED.**
22

23

24 DATED:  May 6, 2015
                                            _____
25                                          ~~Hon. Edward J. Davila~~
                                            ~~United States District Court Judge~~
26                                          Elizabeth D. Laporte
                                            United States Magistrate Judge
27

28

                                            1